626

Harry Weiner, appellee, v. Samuel Berngard, appellant. Gen. No. 34,948.

Opinion filed January 20, 1932.

Albert G. Rosenbaum, for appellant. Harry Weiner, *pro se.*

Mr. Presiding Justice Hebel delivered the opinion of the court.

Charles Wolf et al., trading as Radio Index Manufacturing Company, appellees, v. Wilcox Company, appellant. Gen. No. 34,959.

Opinion filed January 20, 1932.

Frank Moland, for appellant. Alfred Beck, for appellees.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Margaret F. Giltinon and William Rose, executors of the estate of Johanna Flynn, deceased, appellants, v. Harry E. Daggett, appellee. Gen. No. 34,978.

Opinion filed January 20, 1932.

Goodnow, Allaben & Snewind, for appellants; C. D. Snewind, of counsel. William R. Peacock, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Roy P. Morrison, appellant, v. John McGrath and Ellen McGrath, appellees. Gen. No. 34,987.

Opinion filed January 20, 1932.

John S. O'Donnell, for appellant. Hughes, Kearney & Boyle, for appellee.

Mr. Presiding Justice Hebel delivered the opinion of the court.